Scott H. Bernstein
**SKOLNICK LEGAL GROUP, P.C.**
*Co-Counsel to Plaintiff Rodney Omanoff*
103 Eisenhower Parkway, Suite 305
Roseland, New Jersey 07068
Telephone: (973) 403-0100
scott@skolnicklegalgroup.com

-and-

Michael P. Pasquale (Admitted *Pro Hac Vice*)
**LAW OFFICES OF MICHAEL P. PASQUALE, LLC**
*Co-Counsel to Plaintiff Rodney Omanoff*
163 Madison Avenue, Suite 220-80
Morristown, New Jersey 07960
Telephone: (973) 975-4167
mpasquale@mpplawoffices.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| BRADLEY C. REIFLER, | Case No. 17-35075 (CGM) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| RODNEY OMANOFF, | |
| Plaintiff, | Adversary Proceeding |
| vs. | No. 22-09002 (CGM) |
| BRADLEY C. REIFLER, FOREFRONT PARTNERS, LLC, TALKING CAPITAL WINDUP LLC, TALKING CAPITAL PARTNERS II, LLC, TALKING CAPITAL PARTNERS III, LLC, BOWLES & JOHNSON PLLC, DAVID K. BOWLES, ESQ., MARGARETT A. JOHNSON, ESQ., WILLIAM T. MCKETTRICK, JOHN OR JANE DOES (1-10), and ABC ENTITIES (1-10), | |
| Defendants. | |

------------------------------------------------------------x

**ORDER (1) GRANTING MOTION OF PLAINTIFF RODNEY OMANOFF FOR RECONSIDERATION OF THE ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND DISSOLVING TEMPORARY RESTRAINING ORDER DATED MARCH 23, 2022; (2) GRANTING PRELIMINARY INJUNCTION ENJOINING THE CONTINUATION OF THAT CERTAIN LAWSUIT PENDING IN NEW YORK STATE SUPREME COURT, NEW YORK COUNTY, UNDER INDEX NO. 650973/2017; AND (3) DENYING CERTAIN DEFENDANTS' MOTION TO DISMISS VERIFIED COMPLAINT**

Upon consideration of the *Motion for Reconsideration* [Adv. Pro. Docket Nos. 32-35] (the "Motion for Reconsideration") of Rodney Omanoff, the plaintiff in the above-captioned adversary proceeding, for reconsideration of the *Order Denying Motion for a Preliminary Injunction and Dissolving Temporary Restraining Order* dated March 23, 2022 [Docket No. 29] (the "March 23 Order"); and upon consideration of the *Motion to Dismiss* [Adv. Pro. Docket No. 30] (the "Motion to Dismiss") the *Verified Complaint* [Adv. Pro. Docket No. 1] filed by defendants Forefront Partners, LLC, Talking Capital Windup LLC, Talking Capital Partners II, LLC, and Talking Capital Partners III, LLC; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.); and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and consideration of the Motions and the requested relief therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motions in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the notice of the Motion for Reconsideration and the Motion to Dismiss (collectively, the "Motions") and opportunity for a hearing on the Motions were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motions and all other pleadings submitted in support of, and in opposition to, the Motions; and this Court having heard the argument of counsel at a hearing on April 19, 2022; and this Court having made its decision and

2

delivered its opinion on the record at the hearing on April 19, 2022 in which it determined the legal and factual bases set forth in the Motion for Reconsideration establish just cause for the relief granted herein; and this Court having made its decision and delivered its opinion on the record at the hearing on April 19, 2022 in which it held that the Motion to Dismiss was mooted by the filing of plaintiff Rodney Omanoff's *Amended Verified Complaint* [Docket No. 44] on April 12, 2022; and upon all proceedings had before the Court and after due deliberation and good and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT**:

1. The relief sought in the Motion for Reconsideration is hereby GRANTED.

2. The March 23 Order is hereby vacated in its entirety.

3. Pursuant to sections 105(a) and 362(a) of Title 11 of the United States Code, Bradley C. Reifler, Forefront Partners, LLC, Talking Capital Windup LLC, Talking Capital Partners II, LLC, Talking Capital Partners III, LLC, David K. Bowles, Esq., Margarett A. Johnson, Esq., William T. McKettrick, John or Jane Does (1-10), and ABC Entities (1-10) (collectively, "Defendants") and their respective managers, members, officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order, by personal service, email or otherwise are hereby preliminary enjoined during the period from April 19, 2022 through June 30, 2022 from continuing the prosecution of the litigation pending in the New York State Supreme Court, New York County under Index No. 650973/2017 (the "New York Action").

4. Pursuant to sections 105(a) and 362(a) of Title 11 of the United States Code, the continuation of the New York Action is hereby enjoined in its entirety during the period from April 19, 2022 through June 30, 2022.

5. The relief sought in the Motion to Dismiss is hereby DENIED without prejudice.

6. This Court has and shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:  April___, 2022
       Poughkeepsie, New York

_____
THE HONORABLE CECELIA G. MORRIS
UNITED STATES BANKRUPTCY JUDGE



**Dated: April 25, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge