UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| *In re:* BRADLEY C. REIFLER, | ) ) ) | Chapter 7 |
| Debtor. | ) ) ) | Case No. 17-35075 (CGM) |
| RODNEY OMANOFF, | ) ) ) |  |
| Plaintiff, - against - | ) ) ) | Adv. Proc. No. 22-09002 (CGM) |
| BRADLEY C. REIFLER, FOREFRONT PARTNERS, LLC, TALKING CAPITAL WINDUP LLC, TALKING CAPITAL PARTNERS II, LLC, TALKING CAPITAL PARTNERS III, LLC, BOWLES & JOHNSON PLLC, DAVID K. BOWLES, ESQ., MARGARETT A. JOHNSON, ESQ., WILLIAM T. MCKETTRICK, JOHN OR JANE DOES (1-10), and ABC ENTITIES (1-10), | ) ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**ORDER GRANTING MOTION TO DISMISS AND DENYING MOTION TO DISQUALIFY COUNSEL**

Upon consideration of the motion to dismiss the current adversary proceeding (Adv. Proc. No. 22-09002 (CGM)), brought by defendants Forefront Partners, LLC, Talking Capital Windup LLC, Talking Capital Partners II, LLC, Talking Capital Partners III, LLC, Bowles & Johnson PLLC, David K. Bowles, Esq., Margarett A. Johnson, Esq., and William T. McKettrick (together the "Defendants") (Dkt. 82), and the opposition to said motion by plaintiff Rodney Omanoff ("Plaintiff"), and all memoranda of law, declarations, and exhibits submitted in support of said pleadings, and

1

Upon consideration of the motion to disqualify Bowles & Johnson PLLC, David K. Bowles, Esq., and Margarett A. Johnson, Esq. (together the "Attorney Defendants") (Dkt. 91), and the opposition to said motion by the Attorney Defendants, and all memoranda of law, declarations, and exhibits submitted in support of said pleadings, and

Upon hearing the arguments of counsel for Plaintiff and Defendants on July 12, 2022, and upon all proceedings had before the Court and after due deliberation, and good and sufficient cause existing therefore, for the reasons stated on the record on July 12, 2022:

**IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss the adversary proceeding in its entirety, with prejudice (Dkt. 82) is hereby **GRANTED**; and

2. The motion to disqualify the Attorney Defendants (Dkt. 91) is hereby **DENIED AS MOOT**.



**Dated: July 14, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge