UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re:* BRADLEY C. REIFLER, | ) ) | Chapter 7 |
| Debtor. | ) ) ) | Case No. 17-35075 (CGM) |
| RODNEY OMANOFF, | ) ) ) | |
| Plaintiff, | ) ) | |
| - against - | ) ) | Adv. Proc. No. 22-09002 (CGM) |
| BRADLEY C. REIFLER, FOREFRONT PARTNERS, LLC, TALKING CAPITAL WINDUP LLC, TALKING CAPITAL PARTNERS II, LLC, TALKING CAPITAL PARTNERS III, LLC, BOWLES & JOHNSON PLLC, DAVID K. BOWLES, ESQ., MARGARETT A. JOHNSON, ESQ., WILLIAM T. MCKETTRICK, JOHN OR JANE DOES (1-10), and ABC ENTITIES (1-10), | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER DENYING MOTION FOR RECONSIDERATION**

Upon consideration of the Motion of Plaintiff Rodney Omanoff for Reconsideration of the Portion of the Court's July 14, 2022 Order Granting the Amended Motion to Dismiss with Respect to Counts III and IV of Plaintiff's Verified Amended Complaint in the current adversary proceeding (Adv. Proc. No. 22-09002 (CGM)), brought by plaintiff Rodney Omanoff ("Plaintiff") (Dkt. 166), the opposition to said motion by defendants Forefront Partners, LLC, Talking Capital Windup, LLC, Talking Capital Partners II, LLC, Talking Capital Partners III, LLC, David K. Bowles, Esq., and Margarett A. Johnson, Esq. (Dkt. 168), the opposition to said

1

motion by defendant Bowles & Johnson, PLLC (Dkt. 167), and all memoranda of law, declarations, and exhibits submitted in support of said pleadings, and

Upon the record and all proceedings had before the Court and after due deliberation, and good and sufficient cause existing therefore, for the reasons stated on the record on August 16, 2022:

**IT IS HEREBY ORDERED THAT:**

1. The motion for reconsideration (Dkt. 166) in its entirety is hereby **DENIED.**

2. This Court has and shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.



**Dated: August 19, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
U.S. Bankruptcy Judge